IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTHONY PUHARIC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00593 (RDA/JFA) |
| ) | |
| NATIONSTAR MORTGAGE, LLC ) | |
| d/b/a MR. COOPER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 28. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 4, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge